UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

In Re: ) Case No. 04-04635-JAF
PAMELA BRYAN ) Chaper: 7
)
)
)
)
Debtor(s) )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a _X_ creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: B-Line, LLC

---

Name of Claimant: B-Line, LLC

Mailing Address: 2101 Fourth Ave, Suite 900

City: Seattle    State: WA   Zip Code: 98121

Telephone Number: Work: 206-239-1989 Fax: 206-239-1958

Last Four Digits of SS# or Tax ID Number: 91-1795067

Amount of Claim: $1,256.00

---

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____          4-14-09
CLAIMANT'S SIGNATURE                DATE

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
--------------------------------------------------------------x

In re:
    PAMELA BRYAN

Case No. 04-04635-JAF
Chapter 7

Debtor.

--------------------------------------------------------------x

## AFFIDAVIT OF STEVEN G. KANE

I, Steven G. Kane, hereby certify that the following statements are true and correct:

1. I attest to the authenticity of the proof of identification provided, my Washington State Driver License.

2. I state my knowledge of state law requirements in the State of FLORIDA for being personal representative of B-Line, LLC.

Dated this 14 day of April, 2009

                                                  Steven G. Kane
                                                2101 Fourth Avenue, Suite 900
                                                Seattle, WA 98121

SUBSCRIBED AND SWORN to be before this 14 Day of April, 2009.

                                                Printed Name: Matthew D. Shafer
                                                Notary Public, Residing at Seattle
                                                My appointment expires: 1/1/12

**WASHINGTON DRIVER LICENSE** EXP 04-12-2011

LIC # ▬▬▬▬▬
KANE, STEVEN G
KENT WA 98032

| CDL | END | | RES | |
|---|---|---|---|---|
| SEX | HT | WT | | EYES |
| M | 5-07 | 175 | | BLU |

ISSUE DATE 03-01-2006
DOB ▬▬▬▬▬



**B-LINE, LLC**
**STEVE KANE**
Operations Manager

2101 4th Avenue
Suite 900
Seattle, Washington 98121-2339

Phone: 206-239-1989
Fax: 206-239-1958
steve.kane@blinellc.com

www.blinellc.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
-----------------------------------------------------------------x

In re:

       PAMELA BRYAN                      Case No. 04-04635-JAF
                                                    Chapter 7

                Debtor.

-----------------------------------------------------------------x

## OFFICER'S CERTIFICATE

1. The undersigned is the Chief Executive Officer of B-Line, LLC; a Washington limited liability company (the "Company").

2. Steven G. Kane is the Operational Manager and is authorized by the Company to execute applications for payments of unclaimed funds to be filed with the various U.S. Bankruptcy Courts.

Dated this 14day of April, 2009

                                                      Edward Barton, Chief Executive Officer

SUBSCRIBED AND SWORN to be before this 14 Day of April, 2009.

                                                      Printed Name: Matthew D. Shafer
                                                      Notary Public, Residing at Seattle
                                                      My appointment expires: 1/1/12

# TERM AGREEMENT

This Term Agreement is dated as of 25th day of May, 2004, between Collect America, Ltd., a Delaware corporation (the "Seller") and B-Line, LLC, a Washington limited liability company (the "Buyer").

Pursuant to the terms and conditions set forth in the Purchase Agreement for Bulk Receivables, dated May 15, 2001 ("The Agreement") between the parties hereto, the parties hereby agree to transfer on the Closing Date from the Seller to the Buyer, all right, title and interest in the Accounts and receivables arising there from described below. With respect to these Accounts, the terms below will have the following meanings:

Accounts: The Accounts described on the schedule which is attached hereto as SCHEDULE 2, (BLine LLC CH7 Sales Listing 05252004.xls) and incorporated herein by reference.

| | |
|---|---|
| Claim Verification Date: | August 25, 2004 |
| Closing Date: | May 25, 2004 |
| Cut-Off Date: | May 24, 2004 |
| Interest Rate: | 0% per annum |
| Number of Accounts: | 4,526 |
| Aggregate Unpaid Balance: | $ ■■■■ |
| Purchase Price Payment: | $ ■■■■ |

Purchase Price Percentage: ■■% for Chapter 7 Accounts meeting the criteria set forth in The Agreement at Section 9.

Direct Pays: On the Closing Date, the Buyer shall be given a credit against the payment of the Purchase Price, in an amount equal to all payments received by the Seller from the Cut-off Date to the Closing Date

Funds must be wired as follows:
| | |
|---|---|
| Bank Name: | Vectra Bank Colorado |
| ABA Routing Number: | ■■■■ |
| Credit Bank Account Name: | ReFinance America, Ltd. - Trust Account |
| Credit Bank Account Number: | ■■■■ |
| Description: | B-Line, LLC Purchase |

Any terms used herein and not otherwise defined will have the meanings set forth in the Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Statement, or have caused this Statement to be executed by their duly authorized officer as of the date first set forth above.

| B-LINE, LLC | COLLECT AMERICA, LTD. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Name: Michael L. Basile | Name: P. Scott Lowery |
| Title: Chief Investment Officer | Title: President & CEO |

ch.7   1300-427-100

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA. JACKSONVILLE DIVISION.

CASE NO.: 04-04635-3F7

In re

**PAMELA BRYAN**

Debtor(s).

---

### TRUSTEE'S REPORT OF DEPOSITING FUNDS TO COURT UNCLAIMED FUND ACCOUNT

GREGORY K. CREWS, as Trustee, shows that, pursuant to the orders of distribution, he has disbursed the entire amount in the Trustee's account; that all checks have cleared with the exception of the following:

| CLAIM # | TO: | AMOUNT: |
|---|---|---|
| 2 | B-Line, LLC/Collect c/o Weinstein, Treiger & Riley Seattle, WA 98121 | $1,256.00 |

That more than 90 days have elapsed since the declaration and distribution of the final dividend, and the Trustee has stopped payment on the outstanding check(s)/or in the alternative, the dividend check was never presented to the bank for payment. Pursuant to the provisions of 11 U.S.C. §347, the Trustee has attached a check in the amount of $1,256.00, payable to Clerk, U. S. Bankruptcy Court, and states that the claimants entitled are as listed above, and that their addresses, as far as known, are given above.

A copy of this Notice and the original check has been mailed to the attention of Susan Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 727, Tampa, FL 33602 on December 12, 2006.

/s/ Gregory K. Crews
GREGORY K. CREWS
Florida Bar #172772
Trustee for the Estate
300 West Adams Street, Suite 200
Jacksonville, FL 32202
904-354-1750

cc:   Assistant U. S. Trustee

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 04-04635-3F7 JAF | Trustee: | Gregory K. Crews (290900) |
|---|---|---|---|
| Case Name: | BRYAN, PAMELA | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 59-7246169 | Account: | 312-046 -- Checking Account |
| Period Ending: | 01/22/07 | Blanket Bond: | $30,854,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/05 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUND TO OPEN NEW BANK ACCOUNT WITH CHASE | 9999-000 | 4,808.64 | | 4,808.64 |
| 02/12/06 | 101 | Capital One Bank | Dividend paid 9.42% on $2,893.90; Claim# 00001; Filed: $2,893.90; Reference: 52914919535171114 | 7100-000 | | 272.79 | 4,535.85 |
| 02/12/06 | 102 | B-Line, LLC/Collect America/Maryland Nat'l Ba | Dividend paid 9.42% on $13,324.24; Claim# 00002; Filed: $13,324.24; Reference: XXXXXXXXXXXX0769 Stopped on 12/12/06 | 7100-000 | | 1,256.00 | 3,279.85 |
| 02/12/06 | 103 | Citibank/Choice | Dividend paid 9.42% on $21,754.21; Claim# 00003; Filed: $21,754.21; Reference: 5424180492877235 | 7100-000 | | 2,050.65 | 1,229.20 |
| 02/12/06 | 104 | Gregory K. Crews | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,229.20 | 0.00 |
| | | | Dividend paid 100.00% on $1,205.35; Claim# ; Filed: $1,205.35 | 2100-000 | | 1,205.35 | 0.00 |
| | | | Dividend paid 100.00% on $23.85; Claim# ; Filed: $23.85 | 2200-000 | | 23.85 | 0.00 |
| 12/12/06 | 102 | B-Line, LLC/Collect America/Maryland Nat'l Ba | Dividend paid 9.42% on $13,324.24; Claim# 00002; Filed: $13,324.24; Reference: XXXXXXXXXXXX0769 Stopped: check issued on 02/12/06 | 7100-000 | | -1,256.00 | 1,256.00 |
| 12/12/06 | 105 | Clerk, US Bankruptcy Court | unclaimed funds | 7100-000 | | 1,256.00 | 0.00 |
| | | | | Subtotals : | $4,808.64 | $4,808.64 | |

{ } Asset reference(s)

Printed: 01/22/2007 03:26 PM  V.9.02

Monday, Jun 6, 2005
Page 1

Claims Report with notes ( no proposed)
Clerk, U.S. Bankruptcy Court

Case Number: 04-04635-3F7
Case Name: BRYAN, PAMELA
Claim Deadline: Aug 23, 2004

Trustee: Gregory K. Crews

| Claim / Docket | Claim Date | Creditor's Name | Class | Amount Claimed | Amount Allowed | Amount Paid | Balance | Total Proposed |
|---|---|---|---|---|---|---|---|---|
| 00001 | Aug 9, 2004 | Capital One Bank<br>P.O. Box 85167<br>Richmond, VA 23285 | U | $2,893.90 | $2,893.90 | $0.00 | $2,893.90 | |
| *Notes:* Allowed | | | | | | | | |
| 00002 | Aug 23, 2004 | B-Line, LLC/Collect America/Maryland Nat'l Ba<br>B-Line, LLC<br>c/o Weinstein, Treiger & Riley, P.S.<br>Seattle, WA 98121 | U | $13,324.24 | $13,324.24 | $0.00 | $13,324.24 | |
| *Notes:* Allowed | | | | | | | | |
| 00003 | Aug 23, 2004 | Citibank/Choice<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901 | U | $21,754.21 | $21,754.21 | $0.00 | $21,754.21 | |
| *Notes:* Allowed | | | | | | | | |
| | | Case Totals: | | $37,972.35 | $37,972.35 | $0.00 | $37,972.35 | |

Class: A=Administrative, O=Other, P=Priority, S=Secured, U=Unsecured        ¹ Sum of all distributions including current estimated distribution.

Copyright © 1997-2005 ProClaim Software LLC. All rights reserved.

# Middle District of Florida
# Claims Register

### 3:04-bk-04635-JAF Pamela Bryan
### Judge Jerry A. Funk
### Debtor Name: BRYAN,PAMELA

| Claim No: 1 | Creditor Name: Capital One Bank<br>PO Box 85167<br>Richmond, VA 23285 | Last Date to File Claims: 08/23/2004<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date: 08/09/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $2893.90 | |
| **Total** | **$2893.90** | |

Description:
Remarks: *allowed*



| Claim No: 2 | Creditor Name: B-Line, LLC/Collect America/Maryland Nat'l Ba<br>B-Line, LLC<br>c/o Weinstein, Treiger & Riley, P.S.<br>2101 4th Ave, Ste 900<br>Seattle, WA 98121 | Last Date to File Claims: 08/23/2004<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date: 08/23/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $13324.24 | |
| **Total** | **$13324.24** | |

Description:
Remarks: *allowed*

| Claim No: 3 | Creditor Name: Citibank/Choice<br>Exception Payment Processing<br>PO Box 6305<br>The Lakes, NV 88901-6305 | Last Date to File Claims: 08/23/2004<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date: 08/23/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $21754.21 | |
| **Total** | *allowed* **$21754.21** | |

| UNITED STATES BANKRUPTCY COURT | MIDDLE DISTRICT OF FLORIDA AT JACKSONVILLE | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor: BRYAN, PAMELA | Case Number: 04-04635-JAF Ch. 7 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C.§503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): B-Line, LLC / Collect America / Maryland National Bank | [ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Address Where Notices Should Be Sent: B-Line, LLC c/o Weinstein, Treiger & Riley, P.S. 2101 Fourth Avenue Suite 900 Seattle, WA 98121-2346   Telephone: (877)332-3543 chapter-13@wtrlaw.com | [ ] Check box if you have never received any notices from the bankruptcy court in this case. [X] Check box if this address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or Other Number By Which Creditor Identifies Debtor: xxxx-xxxx-xxxx-x0769 | Check here if this claim: [ ] replaces   a previously filed claim [ ] amends | |

**1. Basis for Claim**
- [ ] Goods sold
- [ ] Services performed
- [ ] Money loaned
- [ ] Personal injury/wrongful death
- [ ] Taxes
- [X] Other (Describe Briefly)   Credit Card

- [ ] Retiree benefits as defined in 11 U.S.C. § 1114 (a)
- [ ] Wages, salaries, and compensation (Fill out below)
  Last four digits of SS # _____
  Unpaid compensation for services performed
  from_____ to_____
       (date)       (date)

**2. Date debt was incurred:** Charges Made Prior to Filing

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**   $13,324.24        $0.00         $0.00         $13,324.24
                                                  (Unsecured)     (Secured)     (Priority)     (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
[ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
[ ] Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
   [ ] Real Estate   [ ] Motor Vehicle
   [ ] Other   _____
Value of Collateral: $0.00

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____.

**6. Unsecured Nonpriority Claim** $13,324.24
[X] Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
[ ] Check this box if you have an unsecured priority claim
Amount entitled to priority   $0.00
Specify the priority of the claim:
[ ] Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507 (a)(3).
[ ] Contributions to an employee benefit plan-11 U.S.C. §507 (a)(4).
[ ] Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507 (a)(6).
[ ] Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C § 507(a)(7).
[ ] Taxes or other penalties of governmental units - 11 U.S.C.§507 (a)(8).
[ ] Other - Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purposes of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents. Such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of the proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date: 8/23/2004 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)   /s/ Steven G Kane Steven G Kane Authorized Agent for B-Line, LLC |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## ACCOUNT SUMMARY

| | |
|---|---|
| NAME: | BRYAN, PAMELA |
| SSN: | XXX-XX-0784 |
| ADDRESS: | 3704 TRACK ST, JACKSONVILLE, FL 32205 |
| END BALANCE: | $13,324.24 |
| LAST PAYMENT DATE: | 11/18/2002 |
| LAST PAYMENT AMOUNT: | $255.00 |
| LAST PURCHASE DATE: | |
| LAST PURCHASE AMOUNT: | |
| VENDOR: | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
AT JACKSONVILLE DIVISON

In Re:

PAMELA BRYAN,

    Debtor.

Chapter 04-04635-JAF
Case No. 7

DECLARATION OF SERVICE

I, Theresa Kolesinski, declare as follows:

Notice is hereby given that on April 14, 2009; a copy of the Motion for Payment of Unclaimed Funds was served on the U.S. Attorney, at the following address by U.S. Mail:

U.S. Attorney
Attention: Civil Procedures Clerk
400 N. Tampa Street
Suite 3200
Tampa, FL 33602

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED in Seattle, Washington, April 14, 2009.

Theresa Kolesinski

Roundup Funding, LLC
PO Box 91121
Seattle, Washington 98111-9221
Telephone: (866) 670-2361
Facsimile: (206) 269-3489

DECLARATION OF SERVICE – 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
AT JACKSONVILLE DIVISON

In Re:

PAMELA BRYAN,

Debtor.

Chapter 04-04635-JAF
Case No. 7

DECLARATION OF SERVICE

I, Theresa Kolesinski, declare as follows:

Notice is hereby given that on April 15, 2009; a copy of the Motion for Payment of Unclaimed Funds was served on the U.S. Bankruptcy court Middle District of Florida at the following address by U.S. Mail:

United States Bankruptcy Court
Middle District of Florida, Jacksonville Division
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED in Seattle, Washington, April 15, 2009.

*/s/ Theresa Kolesinski*

Theresa Kolesinski

Roundup Funding, LLC
PO Box 91121
Seattle, Washington 98111-9221
Telephone: (866) 670-2361
Facsimile: (206) 269-3489

DECLARATION OF SERVICE – 1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                Case No.     04-04635-JAF
                                                    Chapter:      7

PAMELA BRYAN

_____
            Debtor(s)

_____

ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by B-Line, LLC, a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of Court shall pay the unclaimed funds in the amount of $1,256.00 to B-Line, LLC at 2101 Fourth Avenue, Suite 900, Seattle, WA 98121.

**DATED:**

                                                         (Enter name of Judge)
                                                         United States Bankruptcy Judge

Copy furnished to Financial Administrator
United States Attorney